**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**ADRIAN WEBSTER**                                              **PETITIONER**

**v.**                                                    **No. 1:18CV211-SA-DAS**

**MISSISSIPPI ATTORNEY GENERAL**                               **RESPONDENT**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the State's motion to dismiss is **GRANTED**, and the instant petition for a writ of *habeas corpus* is **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d).

**SO ORDERED**, this, the 9th day of July, 2019.

 /s/ Sharion Aycock
U. S. DISTRICT JUDGE